

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/25/2022__

Wdownes@mizrahikroub.com
www.mizrahikroub.com

January 24, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Tavarez v. The Loot Company LLC*; Case No. 1:21-cv-09930 (AT)

Dear Judge Torres:

  We represent plaintiff Victoriano Tavarez ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the parties' obligation to indicate whether they are willing to consent to proceed before a Magistrate Judge and to submit a Case Management Plan and Scheduling Order. *See* Docket Nos. 6, 7. Defendant has just been served in this matter and their answer is due on January 31, 2022. We respectfully request an adjournment of 45 days to allow time for Defendant to appear and discuss the case with Plaintiff and afterward file the documents mentioned above.

  We thank the Court for its consideration of this request.

       Respectfully submitted,
       */s/ William J. Downes*
       WILLIAM J. DOWNES

GRANTED in part and DENIED in part.
By **February 23, 2022**, the parties shall
submit their joint letter and proposed case
management plan and scheduling letter.

SO ORDERED.

Dated: January 25, 2022
   New York, New York

       **ANALISA TORRES**
      United States District Judge