```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/22/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIANO TAVAREZ, Individually, and On Behalf of All Others Similarly Situated,

                     Plaintiff,

-against-

THE LOOT COMPANY LLC,

                     Defendant.

21 Civ. 9930 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 23, 2022, Plaintiff obtained a clerk's certificate of default as to Defendant The Loot Company, LLC. ECF No. 15. Accordingly, by **July 22, 2022**, Plaintiff shall move for a default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: June 22, 2022
       New York, New York

                                                 ANALISA TORRES
                                          United States District Judge